**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40287

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JUAN ENRIQUE GOMEZ-DELGADO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-96-CR-215-1)

_____

May 11, 1998

Before DAVIS, E. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Under the unique circumstances presented in this case, we conclude that the district court did not err in denying appellant's motion to suppress.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.